UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MORRIS J. GREEN                                CIVIL ACTION

VERSUS                                         NO: 13-5034

SHERIFF MARLIN N. GUSMAN ET AL.                SECTION: R (2)

### ORDER

The Court, finding that as of this date neither party has filed any objections to the Magistrate Judge's Report and Recommendation,[1] hereby approves the Report and Recommendation and adopts it as its opinion.

Accordingly, IT IS ORDERED that Green's section 1983 claims for excessive force and inadequate medical care against Sargeant Lester Burns, Deputy Jerry Thomas, Orleans Parish Criminal Sheriff Marlin N. Gusman, and the Orleans Parish Prison Medical Department are DISMISSED WITH PREJUDICE and that judgment be entered against plaintiff and in favor of defendants, with plaintiff to bear all costs.

New Orleans, Louisiana, this 24th day of April, 2014.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 31.